IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
*   SEPTEMBER 26, 2022   *
BROOKLYN OFFICE

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

22-CR-434
Judge Komitee
Magistrate Judge Pollak

1. Title of Case: United States v. Yury Orekhov et al

2. Related Magistrate Docket Number(s): _____

3. Arrest Date: Click here to enter a date.

4. Nature of offense(s):   ☒ Felony
　　　　　　　　　　　　　☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   ☒
　　　　　　　　　　　　　　　More than 6 weeks   ☐

7. County in which crime was allegedly committed: Kings, Queens_____
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐ Yes   ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes   ☐ No

10. Have arrest warrants been ordered?   ☒ Yes   ☐ No

11. Is there a capital count included in the indictment?   ☐ Yes   ☒ No

　　　　　　　　　　　　　　　　BREON PEACE
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　By:   /s/_____
　　　　　　　　　　　Artie McConnell
　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　(718) 254-7150

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12