

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2019R01707

*Select Street Address*
*Select City & State*

October 19, 2022

By E-mail

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Yury Orekhov et al.
                Criminal Docket No. 22-434 (EK)

Dear Judge Scanlon:

      The government respectfully moves for an order unsealing the indictment in the above captioned matter.

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

                          By:    /s/ Artie McConnell
                                          Artie McConnell
                                          Assistant U.S. Attorney
                                          (718) 254-7150

Enclosure

cc:    Clerk of Court (by ECF)